PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel. 510/832-5001
Fax 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
DERRICK SAENZ-PAYNE


KAMALA D. HARRIS, Esq. (SBN 146672)
Attorney General of California
DAVID A. CARRASCO, Esq. (SBN 160460)
Supervising Deputy Attorney General
CHRISTOPHER J. BECKER, Esq. (SBN 230529)
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-3903
Fax: (916) 324-5205
E-mail: Christopher.Becker@doj.ca.gov

Attorneys for Defendants: High Desert State Prison, Department of Corrections and Rehabilitation, State of California, and California Correctional Center

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SAENZ-PAYNE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS;  CALIFORNIA CORRECTIONS CENTER; HIGH DESERT STATE PRISON; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.   2:10-cv-01455 FCD-EFB<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER TO SET SETTLEMENT CONFERENCE** |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:10-cv-01455 FCD-EFB            -1-            G:\DOCS\FCD\To Be Docketed\Saenz-Payne Order 10cv1455.wpd

Plaintiff DERRICK SAENZ-PAYNE and defendants STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS; CALIFORNIA CORRECTIONS CENTER and HIGH DESERT STATE PRISON, by and through their respective counsel, jointly stipulate and request through their attorneys of record as follows:

On November 12, 2010, the parties conducted a cooperative site inspection of the subject premises. The parties plan to exchange expert reports no later than January 21, 2011. The parties believe that there is a good likelihood that the assistance of an experienced magistrate judge would contribute to an early settlement of the case.

Based on the above, the parties hereby agree and stipulate to a settlement conference being set in this case for a date during May, 2011, before a Magistrate Judge.

DATED: January 13, 2011          LAW OFFICES OF PAUL L. REIN

                                    /s/ Celia McGuinness
                                 By CELIA McGUINNESS
                                 Attorneys for Plaintiff
                                 DERRICK SAENZ-PAYNE

DATED: January 13, 2011          KAMALA D. HARRIS
                                 Attorney General of California
                                 DAVID A. CARRASCO
                                 Supervising Deputy Attorney General

                                    /s/ Christopher Becker
                                 CHRISTOPHER J. BECKER
                                 Deputy Attorney General
                                 Attorneys for Defendants
                                 High Desert State Prison, Department of Corrections and Rehabilitation, State of California, and California Correctional Center

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:10-cv-01455 FCD-EFB           -2-           G:\DOCS\FCD\To Be Docketed\Saenz-Payne Order 10cv1455.wpd

# ORDER

Good cause having been shown, the Court grants the parties' stipulation and sets a settlement conference in this case on **Thursday, May 5, 2011, at 10:00 a.m.** in Courtroom 27 before Magistrate Judge Dale A. Drozd. Settlement Conference Statements are due one week before the conference and should be emailed to dadorders@caed.uscourts.gov.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 18, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:10-cv-01455 FCD-EFB     –3–     G:\DOCS\FCD\To Be Docketed\Saenz-Payne Order 10cv1455.wpd