KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
CHRISTOPHER J. BECKER, State Bar No. 230529
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3903
 Fax: (916) 324-5205
 E-mail: Christopher.Becker@doj.ca.gov

*Attorneys for Defendants High Desert State Prison, Department of Corrections and Rehabilitation, State of California, and California Correctional Center*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DERRICK SAENZ-PAYNE,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:10-CV-01455 FCD EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE STIPULATION FOR DISMISSAL AND SETTLEMENT AGREEMENT** |

The parties stipulate to extend time to file the stipulation for dismissal and settlement agreement to June 24, 2011.

The parties agreed to settle this matter at a settlement conference on June 1, 2011. Following the settlement conference, the Court ordered the parties to file the settlement agreement and stipulation for dismissal by June 10, 2011. Defendants have encountered difficulty determining who should sign the settlement agreement as a representative for the State of California. Also, the parties are negotiating a late change to the settlement agreement. Accordingly, the parties were not been able to meet the Court's June 10, 2011, deadline.

/ / /

1

Stipulation and Order to Extend Time to File the Stipulation for Dismissal and Settlement Agreement (2:10-CV-01455 FCD EFB)

The parties believe that they will be able to file the settlement agreement and stipulation for dismissal within the next two weeks. The parties therefore respectfully request a fourteen-day extension to June 24, 2011, to file the signed stipulation for dismissal and settlement agreement.

Dated:  June 15, 2011          */s/ Celia McGuinness*
                                Celia McGuinness
                                Law Offices of Paul L. Rein
                                Attorney for Plaintiff Derrick Saenz-Payne

Dated:  June 15, 2011          */s/ Christopher J. Becker*
                                Christopher J. Becker
                                Office of the Attorney General
                                Attorney for Defendants

## ORDER

Having reviewed the stipulation of the parties, and good cause showing, the parties are granted an extension of fourteen days, up to and including June 24, 2011, to file the signed stipulation for dismissal and settlement agreement.

**IT IS SO ORDERED.**

DATED:  June 15, 2011          _____
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\saenz-payne1455.ext.dispodocs

2

Stipulation and Order to Extend Time to File the Stipulation for Dismissal and Settlement Agreement  (2:10-CV-01455 FCD EFB)