PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel. 510/832-5001
Fax 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
DERRICK SAENZ-PAYNE

KAMALA D. HARRIS, Esq. (SBN 146672)
Attorney General of California
DAVID A. CARRASCO, Esq. (SBN 160460)
Supervising Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-3903
Fax: (916) 324-5205
E-mail: david.carrasco@doj.ca.gov

Attorneys for Defendants: High Desert State Prison,
Department of Corrections and Rehabilitation, State
of California, and California Correctional Center

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SAENZ-PAYNE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS; CALIFORNIA CORRECTIONS CENTER; HIGH DESERT STATE PRISON; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO.   2:10-cv-01455 MCE-EFB<br><u>Civil Rights</u><br><br>**STIPULATION TO DISMISS WITH PREJUDICE BUT TO RETAIN JURISDICTION OVER DISPUTES; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Derrick Saenz-Payne and Defendants High Desert State Prison, Department of Corrections and

Rehabilitation, State of California, and California Correctional Center, through their designated counsel, that

(1)  After the Court, Magistrate Judge Dale A. Drozd, signs the Settlement Agreement and [Proposed] Order in this case (Docket No. 37), this action be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii); but that

(2)  The Court retains jurisdiction to enforce the terms of the Settlement Agreement and Order, which is incorporated herein by reference.

(3)  Any and all disputes over enforcement of the Settlement Agreement and Order shall be heard and resolved by Magistrate Judge Drozd.

Respectfully submitted,

Dated: September 13, 2011     LAW OFFICES OF PAUL L. REIN

      /s/ Celia McGuinness
By CELIA McGUINNESS
Attorneys for Plaintiff
DERRICK SAENZ-PAYNE

Dated: September 14, 2011     KAMALA D. HARRIS
Attorney General of California

      /s/ David A. Carrasco
By DAVID A. CARRASCO
Supervising Deputy Attorney General
Attorneys for Defendants
High Desert State Prison, Department of Corrections and Rehabilitation, State of California, and California Correctional Center

//
//
//
//

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO DISMISS BUT TO RETAIN JURISDICTION
OF DISPUTES; ORDER
CASE NO. 2:10-cv-01455 MCE-EFB         -2-

# ORDER

Good cause having been shown, and the Court having signed the Settlement Agreement and Order in this matter, the case is hereby dismissed with prejudice, except (1) the Court retains jurisdiction to enforce the terms of the Settlement Agreement and Order, incorporated herein by reference, and (2) any and all disputes over enforcement of the Settlement Agreement and Order shall be heard and resolved by Magistrate Judge Drozd as agreed by the parties.

The Clerk of Court is directed to close the file at this time.

**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Ddad1\orders.civil\saenz-payne1455.stipord.dism

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION TO DISMISS BUT TO RETAIN JURISDICTION
OF DISPUTES; ORDER
CASE NO. 2:10-cv-01455 MCE-EFB

−3−